# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v.  ) Case No. 3:12-0165-2
)
BARRY VAIL )
Defendant

*[handwritten: ORDER. The motion is GRANTED for Tindall and Reese requested. [signature] 5-17-13]*

### MOTION TO SET PLEA HEARING

Comes now the Defendant, BARRY VAIL, by and through Counsel and moves to

set a hearing in order to change his plea. The AUSA and Counsel for Defendant suggest Monday,

May 20, 2013 at 3:00 p.m.


RESPECTFULLY SUBMITTED,

/s/ J. Kevin Cartwright

JAMES KEVIN CARTWRIGHT (#011241)
Attorney at Law
P. O. Box 624
Clarksville, Tennessee 37040-0624
Tel. (931) 647-3999
Fax. (931) 645-9145