IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00165-02 |
| | ) | Chief Judge Haynes |
| BARRY GREGORY VAIL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing is set in this action for **Monday, August 19, 2013 at 10:00 a.m.** By **Friday, August 9, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the 20th day of May, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court